NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7068

EDGAR L. KNIGHT,

Claimant-Appellant,

v.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs,

Respondent-Appellee.

William F. Fox, Jr., Purcell & Fox, LLP, of Washington, DC, argued for claimant-appellant. Of counsel was Robert W. Legg, Law Office of Robert W. Legg, of Arlington, Virginia.

John J. Todor, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Y. Ken Lee, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

Appeal from: United States Court of Appeals for Veterans Claims

Judge William A. Moorman

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-7068

EDGAR L. KNIGHT,

Claimant-Appellant,

v.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs,

Respondent-Appellant.

# Judgment

ON APPEAL from the        United States Court of Appeals for Veterans Claims

in CASE NO(S).        06-0151

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, PLAGER, and SCHALL, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED November 25, 2008        /s/ Jan Horbaly
Jan Horbaly, Clerk